Tionna Carvalho (SBN: 299010)
tcarvalho@slpattorney.com
Elizabeth A. LaRocque (SBN 219977)
elarocque@slpattorney.com
**STRATEGIC LEGAL PRACTICES, APC**
1888 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel: (310)929-4900
Fax: (310)943-3838

Attorneys For Plaintiff,
JORGE AVALOS ORDAZ

Spencer P. Hugret (SBN: 240424)
shugret@grsm.com
Katherine P. Vilchez (SBN 212179)
kvilchez@grsm.com
Trina M. Clayton (SBN 204215)
slambert@grsm.com
**GORDON REES SCULLY MANSUKHANI, LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 875-3193
Facsimile: (415) 986-8054

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE AVALOS ORDAZ,<br><br>    Plaintiff,<br><br>     v.<br><br>FORD MOTOR COMPANY,<br><br>    Defendant. | Case No.:   2:25-cv-00801-DJC-AC<br><br>**ORDER GRANTING FIRST JOINT STIPULATION TO CONTINUE PRETRIAL DEADLINES AND TRIAL DATE** |

1

ORDER ON STIPULATION TO CONTINUE DEADLINES

## ORDER

The Court, having considered the First Joint Stipulation to Continue Pretrial Deadlines and Trial Date ("Stipulation"), filed by the Parties, and upon finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The following dates and deadlines are hereby vacated:

   a. Close of fact discovery **January 23, 2026**;
   b. Expert witness disclosures and reports (initial) **February 6, 2026**;
   c. Expert witness disclosures and reports (rebuttal) **February 20, 2026**;
   d. Close of expert discovery **March 20, 2026**;
   e. Last day to file all dispositive motions **June 26, 2026**;
   f. Hearing on dispositive motions **August 20, 2026 at 1:30 p.m.**;
   g. Final Pretrial Conference **December 10, 2026 at 1:30 p.m.**; and
   h. Jury Trial **February 8, 2027 at 8:30 a.m.**

2. The following deadlines and dates are adopted:

   a. Close of fact discovery **April 23, 2026**;
   b. Expert witness disclosures and reports (initial) **May 6, 2026**;
   c. Expert witness disclosures and reports (rebuttal) **May 20, 2026**;
   d. Close of expert discovery **June 22, 2026**;
   e. Last day to file all dispositive motions **September 25, 2026**;
   f. Hearing on dispositive motions **November 19, 2026 at 1:30 p.m.**;
   g. Final Pretrial Conference **March 11, 2027 at 1:30 p.m.**; and
   h. Jury Trial **May 10, 2027 at 8:30 a.m.**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  January 21, 2026                    /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER ON STIPULATION TO CONTINUE DEADLINES